JS-6

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (*pro hac vice*)
Nathaniel J. Moore (Cal. Bar # 277206)
Charlie Gokey (*pro hac vice*)
800 LaSalle Avenue
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
jgleason@robinskaplan.com
nmoore@robinskaplan.com
cgokey@robinskaplan.com

David Martinez (Cal. Bar # 193183)
2049 Century Park East, Suite 3400
Los Angeles, California 90067-3208
T: (310) 552-0130
F: (310) 229-5800
dmartinez@robinskaplan.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Premera Blue Cross, | Case No. 2:19-cv-07169-GW |
| *Plaintiff*, | **STIPULATED JUDGMENT** |
| v. | |
| Cari Passmore, | |
| *Defendant*. | |

1    Premera Blue Cross and Cari Passmore, having reached a settlement in this

2    matter without admission of liability, jointly stipulate to, and request that the Court

3    enter, judgment in the above-captioned case as follows.

4                                    **FINAL JUDGMENT**

5          It is hereby ORDERED, ADJUDGED, AND DECREED:

6          1.     This Court has jurisdiction over the subject matter of this action pursuant

7    to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive

8    of interest and costs, and the parties are citizens of different states.

9          2.     This Court further has personal jurisdiction over Cari Passmore, and may

10   enter judgment against her consistent with Cal. Civ. Proc. Code § 410.10 and due

11   process under the U.S. Constitution.

12         3.     The Complaint in this action states a claim upon which relief may be

13   granted as to all Counts.

14         4.     Judgment shall be, and hereby is, ENTERED in favor of the plaintiff,

15   Premera Blue Cross ("Premera"), and against the defendant, Cari Passmore

16   ("Passmore"). Passmore shall pay to Premera the sum of $50,000, with annual interest

17   accruing at a rate of 10% on any unpaid balance from the end of any cure period as

18   set forth in Section 6 of the parties' private settlement agreement, which is

19   incorporated here by this reference.

20         5.     Upon satisfaction of the terms of the parties' settlement, Premera shall

21   file in this action a notice of satisfaction.

22         6.     Upon the filing of the notice contemplated in paragraph 5, this Final

23   Judgment shall be converted to a dismissal with prejudice.

24         7.     The Clerk of the Court is instructed to enter judgment accordingly.

25

26

27

28

1    SO ORDERED this 15th day of March, 2021.

2                                    _George H. Wu_____

3                                    Hon. George H. Wu
                                     United States District Judge
4                                    Central District of California

5

6    STIPULATED AND AGREED on March 11, 2021 by:

7

8    **ROBINS KAPLAN LLP**                    **CARI PASSMORE**

9
     /s/ David Martinez_____                /s/ Cari Passmore (by permission)_____
10   Jeffrey S. Gleason (*pro hac vice*)       Cari Passmore
     Jamie R. Kurtz (*pro hac vice*)           18261 W. Tecoma Road
11   Nathaniel Moore (Cal. Bar # 277206)       Goodyear, Arizona 85338
     Charlie Gokey (*pro hac vice*)            T: (832) 382-3115
12   800 LaSalle Avenue                        Email: c.passmoreinc@gmail.com
13   Minneapolis, Minnesota 55402
14   T: (612) 349-8500                         *Pro-Se Defendant*
     F: (612) 339-4181
15   jgleason@robinskaplan.com
     jkurtz@robinskaplan.com
16   nmoore@robinskaplan.com
     cgokey@robinskaplan.com
17
18
     David Martinez (Cal. Bar # 193183)
19   2049 Century Park East, Suite 3400
     Los Angeles, California 90067-3208
20   T: (310) 552-0130
     F: (310) 229-5800
21   dmartinez@robinskaplan.com
22
23
24   *Counsel for Plaintiff*

25

26

27

28

                                    3